IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOLANDA VAUGHN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-4103 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| *In His Official Capacity as Commissioner* | : | |
| *of the Social Security Administration* | : | |

## ORDER

AND NOW, this 29th day of November, 2012, upon consideration of Plaintiff's Request for Review, Defendant's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and Plaintiff's Objections thereto, it is ORDERED:

1. Plaintiff's Objections are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. Plaintiff's Request for Review is DENIED; and

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.